FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN ALEXANDER,<br><br>    Petitioner,<br><br>    v.<br><br>COMMANDER CROSKREY,<br><br>    Respondent. | No. 4:19-cv-05204-SAB<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241** |

    Before the Court is Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. 2241. ECF No. 1. Petitioner is currently under Indictment in the Eastern District of Washington. *See United States v. Alexander*, 4:17-cr-06035-SMJ.

    In his Petition, Petitioner alleges that his constitutional rights are being violated while he has been a pretrial detainee. In Ground One, he asserts a breach of the client/attorney privilege. In Ground Two, he asserts possible bias on the part of Judge Mendoza due to his relationship with Petitioner's counsel. In Ground Three, he asserts officials used the threat of lack of medical care as a motivator to get him to plea bargain. In Ground Four, he accuses his counsel of "failure to disclose the nature of the action, using fear as due process to convict a certain class of accused." In Ground Five, he asserts he was not permitted to access his own discovery and his attorney would not speak to a witness. In Ground Six, he asserts his right to withdraw his plea was violated.

**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 ~ 1**

The Court has reviewed the court record in the underlying criminal action. Recently, new counsel was appointed, and Petitioner's sentencing hearing has been continued. Consequently, any potential violations of Petitioner's rights have been cured or are curable.

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel and close the file.

**DATED** this 4th day of September 2019.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 ~ 2**